IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| PAC COMM INC., | Case No. 21-19682-RAM |
| Debtor. _____/ | |
| DREW M. DILLWORTH AS CHAPTER 7 TRUSTEE, | Adv. No. 23-01206-RAM |
| Plaintiff, | |
| v. | |
| POWER FINANCIAL CREDIT UNION, | |
| Defendant. _____/ | |

## **NOTICE OF APPEARANCE**

Angelise Petrillo of the Law Firm of Luks, Santaniello, Petrillo & Cohen, hereby files her Notice of Appearance as Counsel for Defendant, Power Financial Credit Union, and requests service of all pleadings, notices and other papers with regard to the above captioned action be served as follows:

Angelise Petrillo, Esq.
LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
110 S. E. 6th Street, 20th Floor
Fort Lauderdale, FL  33301
E-Mail: Ampetrillo@insurancedefense.net

## CERTIFICATE OF SERVICE

Defendant, Power Financial Credit Union, by and through undersigned counsel, hereby certifies that on this 22nd day of November, 2023, a true and correct copy of the foregoing was served via the Court's CM/ECF Electronic Notification System, and/or Electronic Mail, to all parties as shown on the attached Service List.

**LUKS, SANTANIELLO, PETRILLO COHEN & PETERFRIEND**
*Attorneys for Tropical Financial Credit Union*
110 S.E. 6th Street, 20th Floor
Fort Lauderdale, FL 33301
Telephone:  954/766-9900
Facsimile:   954/766-9940
E-Mail: Ampetrillo@insurancedefense.net

By:  */s/ Angelise M. Petrillo*
**ANGELISE PETRILLO**
Florida Bar No. 1003346

---

## SERVICE LIST

**CM/ECF Electronic Mail**
*The following parties are currently registered to receive electronic notice/service:*

*Attorney for Plaintiff*
James B. Miller, Esq.
19 W. Flagler Street, Suite 416
Miami, Florida 33130
Bkcmiami@gmail.com