

ORDERED in the Southern District of Florida on April 22, 2024.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No. 21-19682-RAM |
| | Chapter 7 |
| PAC COMM INC., | |
|     Debtor. | |
| _____/ | |
| DREW M DILLWORTH AS CHAPTER 7 TRUSTEE, | |
|     Plaintiff, | Adv. Pro. No. 23-01206-RAM |
| -vs- | |
| POWER FINANCIAL CREDIT UNION, | |
|     Defendant. | |
| _____/ | |

**ORDER GRANTING PLAINTIFF'S *EX PARTE* SECOND MOTION TO CONTINUE SCHEDULING CONFERENCE**

This matter came on before the Court for consideration of the Plaintiff's *Ex Parte Second Motion to Continue Scheduling Conference* ["Motion"], and the Court, having reviewed the file, finding good cause shown and based upon the record, does hereby

1

ORDER that:

1. The Motion is GRANTED, and the Scheduling Conference in this matter is reset to be heard on August 8th, 2024 at 10:30 a.m.

2. The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc., and using the following link:

https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ

###

Submitted by:
James B. Miller, Esq.
JAMES B. MILLER, P.A.
*Counsel for Trustee*
19 West Flagler St., Suite 416
Miami, Florida 33130
Tel: 305-374-0200 /Fax: 305-374-0250
jbm@title11law.com, bkcmiami@gmail.com

Attorney ***Miller*** is directed to serve copies of this *Order* upon all interested parties and to file a certificate of service with the Court.

2